IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CR. NO. 4:96-312 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Andre Smith, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion to correct sentence under 28 U.S.C. § 2255, arguing that in light of the Supreme Court's holding in *Johnson v. United States*, 576 U.S. __, 135 S.Ct. 2551 (2015), Defendant is no longer an armed career criminal and should be resentenced. ECF No. 118. On August 11, 2016, the Government filed a response in support agreeing that, based on *Mathis v. United States*, 579 U.S. __, 136 S.Ct. 2243 (2016), Defendant's § 2255 motion should be granted and he is entitled to be resentenced without the Armed Career Criminal enhancement. ECF No. 135.

The court **grants** the motion for relief under 28 U.S.C. § 2255. The Judgment Order as to Andre Smith in CR 4:96-312 filed June 12, 1997, is hereby **vacated**, and this matter is set for resentencing on **Wednesday, September 14, 2016, at 3:30 p.m.**

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
August 16, 2016